# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 24-cr-322 (KMM/DJF) |
| HUNTER JAMES GEIDL, Defendant. | Date: 2/19/2026 |
| | Court Reporter: Paula Richter |
| | Courthouse: Minneapolis |
| | Courtroom: 14W |
| | Time Commenced: 9:45 a.m. |
| | Time Concluded: 10:45 a.m. |
| | Time in Court: 1 hour |

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:    LeeAnn K. Bell, Assistant United States Attorney
   For Defendant:  Aaron Roy    X Retained

**X Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 198 months | | 10 years | | |

**See J&C for special conditions**

X Defendant sentenced to pay:
   X JVTA Assessment in the amount of $1,000.00 to be paid immediately.
   X Special assessment in the amount of $100.00 to be paid immediately
X Counts 2-4 are dismissed on motion by the Government.
X Defendant remains in the custody of the U.S. Marshal.
X The sealed and restricted filings at ECF Nos. 53-55 and 63 shall remain sealed or restricted until 2/19/2051 (25 years)

                                                                                               s/KMW
                                                                                Courtroom Deputy